UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLOVEL J. WILLIAMS,

       Plaintiff,

v.                        4:05cv337-WS

BOARD OF TRUSTEES, FLORIDA
A & M UNIVERSITY,

       Defendant.

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 8). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be commenced in time to be completed by April 30, 2006.

3. Potentially dispositive motions, if any, shall be filed by May 22, 2006.

4. Plaintiff's counsel shall advise the court on or before April 30, 2006, whether and when the parties will attend mediation.

DONE AND ORDERED this November 16, 2005.

                      /s William Stafford
                      WILLIAM STAFFORD
                      SENIOR UNITED STATES DISTRICT JUDGE